

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF | |
| v. | 5:16-MJ-00322 |
| Fernando Farias - Valdez | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __Defendant__ , IT IS ORDERED that a detention hearing is set for __Monday, July 25,__ , __2016__ , at __1:00__ ☐ a.m. / ☒ p.m. before the Honorable __Sheri Pym__ , in Courtroom __4__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __07/22/2016__        SHERI PYM
                             U.S. District Judge/Magistrate Judge